AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

*SOUTHERN DISTRICT OF MISSISSIPPI*
*FILED*
*FEB 12 2015*
*BY ARTHUR JOHNSTON DEPUTY*

| | |
|---|---|
| United States of America<br>v.<br>Robert Minor<br>*Defendant(s)* | Case No.<br>2:15mj5MTP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2015__ in the county of __Marion__ in the __Southern__ District of __MS, Eastern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Connell, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/12/2015

_____
*Judge's signature*

City and state: Hattiesburg, MS

Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Charles Connell, being first duly sworn, state as follows:

## Introduction

I am a Task Force Officer (TFO) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Task Force Officer with the DEA since February 2014. I have been employed by the Mississippi Bureau of Narcotics (MBN) since 1999. I am currently assigned to the Forrest County M.I.T. located in Hattiesburg, MS. During the course of my employment, I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code.

## Probable Cause Factual Basis

Your affiant states that on Thursday, January 29, 2015 at approximately 10:15 a.m., MBN Agent Ken Short obtained information from an MBN Source of Information (SOI) who stated that Robert MINOR had received a FEDEX package that contained about seven pounds of "Ice."

MBN agents surveilled MINOR as he drove through Columbia and to his house located at [REDACTED], Columbia, Marion County, Mississippi. Agents then observed as MINOR exited his vehicle and entered his house.

Utilizing the information provided by the SOI and the information gathered by surveilling agents, MBN agents arranged for Marion County Deputy Sheriffs John Vaughn and James Allday to go to MINOR's residence where they were to make contact with MINOR and assist MBN with asking for consent to search. MBN Agents Henry Weatherspoon and Evan Henderson arrived at the residence and spoke with MINOR and obtained written consent to search his residence and vehicle. During the subsequent search, a package containing approximately 2.36 kilograms of alleged methamphetamine was located under the passenger seat of MINOR's vehicle which was parked in the yard in front of his house. The package was field tested and gave a positive response for Methamphetamine.

Once the methamphetamine was seized, MINOR was given his Miranda Warning by Agent Weatherspoon and interviewed. During the interview, MINOR told Agents Short and Weatherspoon that the methamphetamine was not his and that he was holding it for another person. MINOR stated that the methamphetamine belonged to "J," but would not identify that person to the agents. MINOR gave Mississippi Bureau of Investigations (MBI) Agent Heather Sullivan and MBN Agent Bryan Woods written consent to search for his two cellular telephones. Agents Sullivan and Woods downloaded the information contained on the telephones. MINOR was then taken into custody and remanded to the Marion County jail on state narcotics charges.

On January 31, 2015, at approximately 1:00 p.m., Agent Woods was examining the information gathered from MINOR's telephones when he discovered text messages from January 13, 2015 between MINOR and a person who utilized telephone number (951) ███-████. The text messages discussed the shipment of a FEDEX package to MINOR. The person utilizing telephone number (951) ███-████ (Source of Supply) asked MINOR for a shipping address which MINOR provided. Once MINOR provided the shipping address, the Source of Supply gave MINOR a FEDEX shipping number (807045372948). MBN Agent Bryan Woods then contacted Paul Woods (FEDEX Security) who placed a hold on the package. Agent Woods learned that the package had been shipped to the FEDEX Memphis, Tennessee terminal.

On Tuesday, February 3, 2015, Agent Woods contacted DEA TFO Charlie Connell and gave him the information related to the package. Agent Connell then contacted the DEA Memphis Resident Office and made contact with the duty officer, TFO Chris Grimes. Agent Connell explained the situation to Agent Grimes and gave him the tracking number provided by Agent Woods.

On Wednesday, February 4, 2015, Agent Grimes contacted Agent Connell and told him that he had taken custody of a package containing approximately 2.39 kilograms of alleged methamphetamine and was shipping it to Agent Connell. On Thursday, February 6, 2015, DEA Special Agent Thomas Deichmann took custody of the methamphetamine at the DEA Gulfport resident office.

## CONCLUSION

Based upon my experience as a DEA Task Force Officer and the facts listed above involving Robert MINOR, it is my opinion that there is probable cause to believe that Robert MINOR committed violations of Title 21 U.S.C. 841(a)(1), possession with intent to distribute a controlled substance, to wit, 500 grams or more of methamphetamine in the Southern District of Mississippi.

_____
Charles CONNELL
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to me this __12__ day of __February__, 2015.

_____
UNITED STATES MAGISTRATE JUDGE